# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00527-CR

**Marshall Moreno, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT NO. 3013571, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I concur in the judgment only.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed:   March 10, 2005